```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN  DIVISION
```

BRENDA GASKIN                                               PLAINTIFF

VS.                              CIVIL ACTION NO. 4:06cv114TSL-JCS

VILLAGE OF PACHUTA, et al.                                 DEFENDANTS

## JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the defendant's motion for summary judgment is granted.

SO ORDERED this 2nd day of March, 2007.

                                         /s/ Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE